UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-23575-CIV-LENARD/WHITE

**CARMEN MARIA PONTON CARO**,

    Movant,

v.

**UNITED STATES OF AMERICA,**

    Respondent.
_____/

### ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 11) AND DENYING MOTION TO VACATE SENTENCE (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 11), issued on April 28, 2010, recommending the Court deny in its entirety Movant's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 ("Motion," D.E. 1). The Report also recommends that Movant's request for an evidentiary hearing on her claims of ineffective assistance of counsel be denied as the Magistrate Judge determined her claims were "patently frivolous, refuted by the record, and completely self-serving" and "unsupported by the record." (Report at 13, 19.) The Magistrate Judge makes these findings in part based upon the plea agreement and the Rule 11 colloquy between the Movant and the Court. (Id. at 2-3, 11-13, 18.) The Report provides the Parties with fourteen (14) days to file objections. As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings

contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge (D.E. 11), issued on April 28, 2010, is **ADOPTED**;

2. Consistent with this Order, Movant's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 (D.E. 1), is **DENIED** in its entirety and Movant's request for an evidentiary hearing is denied;

3. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 2nd day of June, 2010.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**